Court Clerk,    4-9-20

Enclose you will find copies of motions and letters I have sent my lawyer Casey Sears II I would like for Them To Be put In my File For Future references
My name Is Joshua Martin Hall
Case # 2:19-cr-00096-JRG-CRW
Thank you and God Bless

Very Truly yours
Josh Hall

*Josh Hall* (signature)

[Notary seal: COURTNEY NETTL, NOTARY PUBLIC, REG. # 7849568, MY COMMISSION EXPIRES 6/30/23, COMMONWEALTH OF VIRGINIA]