Casey Sears II,                                               4-9-20

I spoke with Ashleigh and she told me you was working on my motions.
For my speedy trial violation. After you finish rewriting the motion please send me a copy before you file it. So I can review it. Jed Arnold came to see me about my state charges. He said I have a jury trial April 20 2020 if the courts have opened back up. He is supposed to call you. I told him that unless they dismiss my charges. Then trial would have to wait until my federal charge was resolved. I'm guessing the trial will be put off because of COVID-19. So if you could please drop off my motion of discovery so I can view it. There are several people in my pod thats on my case and their motions have been dropped off, and I've been told by another inmate that his lawyer (Johnathan Cave) said he's tried to argue the sentence disparity and that lasted about 20 seconds, and seen another plea and his state time is being run concurrent with his ~~state~~ time he will be recieving in federal court. So I'm not going to take a chance at sentencing to argue the motions following a plea agreement.

Case 2:19-cr-00096-JRG-CRW   Document 289-1   Filed 04/21/20   Page 1 of 2   PageID #: 456

1/2

4-9-20

everything needs To be argued at Trial That way I keep all my rights and can argue Them on direct appeal or 2255 motions. I Need To see The grand Jury Testamony along with my Discovery I'd also like To see The lab results From kim Drake and ashley Firestone Since Both have Been charged with mixture There Is No way I can be charged with actual Methamphetamine especially when There Is No labs on me. please let me know Something asap Thank you and god Bless

PS I would also like To see The arrest record For Ashley Firestone and Dave Sexton on Nov 13 or 14 2018 In smyth county please

Very Truly yours
Josh Hall
x Josh Hall

[Notary seal: Courtney Nettles, Notary Public, Reg. #7849568, My Commission Expires 6/30/??, Commonwealth of Virginia]