Casey Sears,                                             1-20-20

I'm writing in regards to my Federal case I would like you to mail or hand deliver the following items. The docket report for my case, My Motion of Discovery on the hard drive I signed a Disclosure waiver 11/1/19 To have my discovery dropped off. 6th circuit Drug conspiracys Handbook or at least Better copies of the ones you gave me the day we met in court I've asked the Jail for them and was told you would have to get me copies. From my understanding There has Been one or two persons that have already signed a plea I would like copies of them, and a list of names of the people that have Been arrested. It's Been about 7 months since my Detainer was Delivered and Thats 7 months I could have Been Building my defense I'm not signing a plea I'm taking my case to Trial as weve already discussed. and I Feel Theres alot more on the discovery I've not seen. I would also like for you to look up Title 21 812 on schedules For controlled substances esp. Pg 22 and 23 about Meth Being a sch. II If Injectable and sch III If it's not Injectable and look up United States v. James 590 F.2d 575 5th Cir (1979) It about The (James motion) Existance of co-conspirators

1-20-20

and United States v. Scotty Foster It out of Greenville TN (6th cir 2019) It's a case about Meth cases Being Meth Mixtures and Not pure. I would also like a copy of my criminal History so I can see exactly where I stand at the moment. and what Is The Judges Name That I'll be going IN Font oF. I would appreciate It IF you could Mail me The The Items I've listed Before our Next visit so I can have The motions ready That I'd like For you To File. My address Is PO Box 280 Meadowveiw VA 24361 Thank you. and god Bless

P.S Will you look and see IF Dave Sexton and Ashliegh Firestone was arrested Nov 18 2018 or Just Took IN For questioning and Charged with anything.
I would also like My Federal Inmate # So I can start adding To That account

Very Truly yours
Josh Hall