Casey,  3-26-20

I've give it a lot of thought and decided I'll take my chance at Trial. If I'm gonna do 10 years or more, I'll take that chance at Trial and at least I'll still have all my rights and can Try To win an appeal. So I need my motion dropped off here at The Jail and I need you To File my speedy Trial act Violation Motion and after that motion is Filed I want To File a motion for severance. rule 3173 state's Nothing can Bar me From a speedy Trial violation. As you said I have a weak case so I'll take my chances at Trial Thank you and God Bless

Very Truly yours
Josh Hall
*Josh Hall*

6/30/23

[Notary seal: COURTNEY NETTLES, NOTARY PUBLIC, REG. # 7849568, MY COMMISSION EXPIRES 6/30/23, COMMONWEALTH OF VIRGINIA]

under (g) It states for the purpose of This plea agreement, The parties agree That The defendant Should be held responsible For at least 35 grams But less Than 50 grams of actual methamphetamine during The course of The conspiracy. I was In The conspiracy For 18 days and The methamphetamine Im supposedly sold was To ashley Firestone which put me IN The conspiracy. But she Is charged with a mixture a substance containing a detectable amount of methamphetamine. I'll plead guilty To a mixture of 35 grams but less Than 50 grams of Methamphetamine Mixture IF Im charged with actial methamphetamine Then we will Take It To Trial. and on page 7 under (a) It states The defendant also waives The right To appeal The courts determination as To whether The defendants sentence will be <u>consecutive or partially concurrent To any other sentence.</u> I want my state and Federal sentences To run concurrent <u>(It states any sentence)</u>. IF you can do Those Two Things Ill sign IF Not we will go To Trial.

trial said I was her distributor was charged with a mixture also I would like a pre-plea PSI please and I want a Binding plea agreement IF we can get those changed I'll sign Thank you and God Bless

Very Truly yours
Josh Hall
*Josh Hall* (signature)

[Notary stamp: COURTNEY NETTLES, NOTARY PUBLIC, REG. #7849568, MY COMMISSION EXPIRES 6/30/23, COMMONWEALTH OF VIRGINIA]

Casey Sears II                                      2-27-20

IM writing In regaurds To The visit we had yesterday. Enclosed you will Find The motion For The speedy Trial Violation Thats The First motion Id like To File. I understand you do not want To File any Frivolous motions and I would not ask you To. I'll make sure There Is reason To argue a motion with Facts and laws Just like The one about schedule II and schedule III After you have rewrote The speedy Trial motion I would like a Copy OF It before you File It Also my criminal history Is Incorrect I have never used an alias by The name Jeremy D Hall actually I've never used any alias so IF you could Find out why It states That I would appreciate It I'll be looking Forward To our next meeting Thank you and God Bless.

I would also like To know                Very Truly yours
The Date I supposedly Entered            Josh Hall
The conspiracy
                                         *Josh Hall*

*Kaitlyn G. Allison*
KAITLYN GRACE ALLISON
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7798494
My Commission Expires 07-31-2022

Casey Seals                                    2-19-20

I'm writing In regards To my Motion of Discovery From my understanding It goes all The way back To 2016. That means There Is alot on It We have 4 months until Trial. Thats 4 years OF Investagation material To go over In 4 months and I'll be lucky To go down and look at It an hour a week. So Far 7 months have been wasted and only 4 months left To prepare For Trial. I would like you To drop off The Full discosure of the motion For me to review so we can build my defense I'm Told There Is videos That won't play. Under Rule 16 Fed. Rules OF criminal procedure under my request I should have already had The discovery I've asked For It back In october of 2019. I've stated before and I haven't changed my mind we are going To Trial so please get me my Full Discovery Dropped off so I can go over It Thank you and god Bless



Very Truly yours
Josh Hall

*Josh Hall*

Casey Sears,                                          2-17-20

I'm writing you to let you know I have a few motions I want you to file. I've got them ready but would like to go over them with you and was checking on my motion your supposed to drop off with the trial date set for June 9 2020 that don't leave alot of time for us to build our defense. I have alot of questions for you concerning what our stratagy is going to be so if you could drop off motion and schedule a visit with me I would greatly appreciate it. Thank you and god Bless

Very Truly yours
Josh Hall

*Josh Hall*

[Notary seal: COURTNEY NETTLES, NOTARY PUBLIC, REG. # 7849568, MY COMMISSION EXPIRES, COMMONWEALTH OF VIRGINIA]

Court Clerk, 1-22-20

I wrote the court back in Sept. 2019 asking for a copy of my docket report. and have yet to recieve a copy. I would like to know who the Judge will be hearing my case. My Name is Joshua Martin Hall Ref.# FID# 555568, USMS.# 20843-074 CR# 2:19-CR-96-sealed My address is Po Box 280 Meadowview VA 24361 If you could please mail my docket report and let me know the Judges Name to the above address at your earliest convient Time I would greatly appreciate it. These are very important documents I need Thank you

KAITLYN GRACE ALLISON
NOTARY PUBLIC
Commonwealth of Virginia
Registration No. 7798494
My Commission Expires 07-31-2022

Kaitlyn G. Allison

Very Truly yours
Josh Hall
x Josh Hall