Casey Sears    10/7/19

First off I've done alot of Thinking and have decided To Take my case To Trial. a plea Bargain Is Not gonna Be an option and I would like you to File a motion To severence and I would like to see my motion To supress and motion of discovery so we can decide on how The Best way To go about Fighting my case I'll Be looking Forward For our next visit

Thank you
Josh Hall

Mr. Casey Sears,   8/23/19

I just recently became a client of yours. The day we met in court you gave me some litature about Federal Laws. The reason I'm writing you is to ask if you could send me anything or all reading material that would help me understand the Law better and help you with my case. Trying to get info from jail is like pulling teeth and you said do not discuss my case with no one but you. Anything you could send me would greatly be appreciated. Thank you and God Ble

your client
Josh Hall