Motion To suppress Ashlee Firestone, Dave Sexton, and Kimberly Drake, statements For reasons stated. All Three declarents are on Virginia Federal cases. Kimberly Drake Is on Case # 1:18-cr-00025-JPJ-PMS-18 Western District of VA. Called California Dream. Ashlee Firestone and Dave Sexton are on Case # 1:19-cr-00047-JPJ-PMS, Western District of VA. All Three declarents are Not members of my conspiracy. As stated In United States v. James 576 F.2d 1121 (5th Cir 1978) quoting ("a statement made by a declarent against The Defendant must be made during The course and InFurtherance of The conspiracy. and must be members of The same conspiracy. The Supreme court has stated That The rationale behind The coconspirators rule Is The Notion That coconspirators are partners In crime and The Law Deems Them agents of one another The In Furtherance of The conspiracy" requirement Is analogous To The agency Theory of "In The scope of The agents authority Anderson v. United States 417 U.S 211, 94 S.ct 2253 41 L.Ed 2d 20 (1974). and a declaration By one defendant Is admissable against ▓▓▓ other defendants only when There "Is a sufficient showing, By Independent evidence, of a conspiracy among one or more other defendants and The declarent and IF The declarations at Issue were In Furtherance of That conspiracy"

APRIL ELIZABETH KESTNER knowingly conspired with each other and others to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## COUNT TWO

The Grand Jury charges that:

1. On or about November 14, 2018, ASHLEY FIRESTONE and DAVID SEXTON, in the Western District of Virginia and elsewhere, as principals and aiders and abettors, distributed and possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT THREE

The Grand Jury charges that:

1. On or about December 3, 2018, BRANDON LEE COOK, in the Western District of Virginia and elsewhere, distributed and possessed with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

USAO# 2019R00203

2

Case 1:19-cr-00047-JPJ-PMS Document 12 Filed 10/08/19 Page 2 of 7 Pageid#: 23
Case 2:19-cr-00096-JRG-CRW Document 289-5 Filed 04/21/20 Page 2 of 2 PageID #: 470