Motion To Dismiss The Indictment under Violation Of The Speedy Trial act 18 USC § 3161-3174

On July 11 2019 Hall was served a Federal Detainer For Conspiracy To Possess with Intent to Distribute methamphetamine Title 21 USC § 846, 841 (a)(1)

On July 31 2019 Hall appeared before District Judge Clifton L Corker and Entered a plea of Not guilty To conspiracy To Distribute 50 grams or more of methamphetamine Its salts, Isomers, and salts of Isomers a schedule II controlled substance In violation of Title 21 United states code section 841 (a)(1) [21 USC §§ 846, 841 (b)(1)(a) viii

Hall argues That under 18 USC § 3161(c)(1) It states That In any case In which a plea of Not guilty Is entered, The Trial of a defendant charged In an Information or an Indictment with The Commission of an offense shall commence with In Seventy Days From The Filing Date (and making public) of The Information or The Indictment, or From The Date The Defendant has appeared before a Judicial officer of The court

In which such charge is pending. Whichever last date accurs if a defendant consents in writing to be charged before a magistrate Judge on a complaint, The trial shall commence within seventy Days From the date of such consent.

On July 31 2019 I appeared in front of The Magistrate Judge Clifton L Corker and entered a plea of Not guilty From July 31 2019 until January 23 2020 when an oral motion for a continuance outside the speedy Trial Deadline made by Charles Bledsoe and adopted by all other counsel present except for Casey Sears on behalf of Joshua Hall was granted. Between July 31 2019 and January 23 2020 is 176 "Non excludable" Days. That a 106 days past the seventy day limit and 176 Days with no pretrial motions. Under The VI Amendment In all criminal prosecutions, The accused shall enjoy the right to a speedy and public By an impartial Jury of The state and district wherein The crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of The accusation; To be confronted with the witness

against him, To have compulsory process For Obtaining witnesses In his Favor and To have The assistance OF Counsel For his deFense.

Under 18 US Code § 3161(3)(B) It states. For The purpose's of subparagraph (a) OF This paragraph a deFendant or an essential Witness shall be considered absent when his whereabouts are unknown and In addition he Is attempting To avoid apprehension or prosecution or his where abouts cannot be determined by due dilIgence. For purposes of such subparagraph, a deFendant or an essential witness shall be Considered unavailable whenever his whereabouts are known but his presence For Trial cannot be obtained By due diligence or he risists appearing at or being returned For Trial

In accordance with The act legislative history as Both The 1974 House and senate reports Illustrate The act was designed Not Just To BeneFit The

defendant but also To serve The public Interest by, among other Things, reducing defendants opportunity To commit crimes while on pretrial release and preventing extended pretrial delay From Impairing The deterrent eFFect OF punishment

Hall Now asks The court To Dismiss The Indictment For the speedy Trial act violation with preJudice For reasons stated below

Since July 11 I've been on a Federal writ which Has caused me To lose my Trustee position as a kitchen worker. which caused me To lose Trustee Time which would have Shortened My state Time. and My stay at SWVRJ Has been extended and While being a Federal Inmate here ("even Though Its a Federal Holding Facility") Federal Inmates are not allowed Trustee Jobs and are Not allowed To participate IN programs

Like GED classes, Anger Management, parenting classes and The Drive program which helps Inmates Better Themselves, readapt To society and shorten Their Imprisonment Time.

Furthermore From The day I was served My Detainer which was July 11 2019 until January 23 2020 when The First Motion was Filed IS 176 Days That leaves about 4 months I have To Review My case and prepare For Trial.

The government starting May 20 2017 an Investigation That Just Became unsealed January 23 2020 Thats 2 years and 8 months worth of an Investagation and I only get 4 months To To prepare For Trial. But Because I've been held here at The SWVRJ I will only be able To view My Motion about 1hr a week Thats 16 hours ("IF Im lucky") Not counting The sensitive materials That my lawyer Has To be present For

IF The government had done Their Job correctly They would have been able To locate all 31 defendants In a reasonable Time. Since They have Been Investigating all 31 defendants For almost Three years.

Because OF This I've Been on a pretrial delay For 11 months by The Time Trial will start

While I've Been held at SWVRJ I've Not Been able To prepare For Trial and assuming IF I Was out ON Bond under The "act"

It states reducing a defendants opportunity to commit crimes and preventing extended pretrial delay. assuming I'm going To commit crimes and assuming I'm already guilty BeFore I've Been Tried BeFore a Jury and Been convicted OF a crime Is prejudice

For reasons stated Hall ask's The court To dismiss The Indictment with prejudice For violation oF The speedy Trial act Violation Under rules 18 USC § 3161 - 3174