Josh Hall
Po Box 280
Meadowview VA 24361



Court clerk
220 West Depot Street Suit 100
Greenville TN 37743

APR 1 4 2020

RECEIVED

APR 2 0 2020

Clerk, U. S. District Court
Eastern District of Tennessee