# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *MOTION HEARING*

USA vs **Joshua Martin Hall**  Date: July 10, 2020

Case No. 2:19-CR-96(16)  Time 3:00 p.m. to 3:15

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Thomas McCauley |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**DEFENDANT**  **DEFENSE ATTORNEY**

Joshua Martin Hall  via Video  Casey Sears via Video

**PROCEEDINGS:** Sealed Motion Doc. [370]

☑ Opening statements by the Court

☐ Defendant Sworn

☐ Opening statements by defendant

☑ Sealed hearing started 3:10-3:15

☐ Witness(es) sworn; ☐ placed under rule

☐ Motion is GRANTED ☐ Motion is withdrawn, ☐ Motion is DENED

☑ Attorney Jamie Hughes present via Video Conf. and appointed

☐ Defendant remanded to custody of U.S. Marshal

☑ Order to enter
I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-19-cr-96(16)_20200710_150822