UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19–CR–96 |
| | ) | |
| JOSHUA HALL | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Conduct Change of Plea via Video Conference. [Doc. 646]. The Motion is GRANTED. The hearing will be conducted on March 29, 2021, at 9:00 a.m. The Parties will receive further instruction from the Clerk of Court regarding accessing the video conference.

So ordered.

ENTER:

                                                                                     s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE